UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-13828-RGS

RONALD SATISH EMRIT

v.

KIM KARDASHIAN, et al.

# ORDER

December 15, 2025

STEARNS, D.J.

*Pro se* litigant Ronald Satish Emrit, also proceeding as "Presidential Candidate Number P60005535," has filed a complaint against 29 defendants. The list of defendants includes Kim Kardashian, Kelly Clarkson, "ALDI Grocery Store," "The Creation of Adam Painted by Michaelangelo," "The Bering Strait Connecting Alaska and Russian [sic]," "Dancing with the Stars," "Schrodinger's Cat," and "Opus Dei (OD) of Vatican City."

At the beginning of the case, Emrit asks that the court "take judicial notice that all across the world, people are working on a theory of immortality, traveling backwards in time, and reversing the aging process." Dkt #1 at 2. His allegations run the gamut of outlandish factual and legal assertions. To the extent Emrit's complaint contains any historic or scientific

material that is within the realm of possibility, his allegations concerning these matters are not actionable under any theory of liability. In addition, Emrit lacks standing to bring claims based on the injuries of other people.

The court has inherent authority to dismiss a frivolous action without giving prior notice to the plaintiff. *See Brockton Sav. Bank. v. Peat, Marwick, Mitchell & Co.*, 771 F.2d 5, 11 n.5 (1st Cir. 1985). In legal parlance, a complaint is "frivolous," if it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). In other words, the "term 'frivolous,' when applied to a complaint, embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." *Id.*

Here, Emrit's claims unquestionably lack an arguable basis either in law or in fact. Accordingly, the court DISMISSES this action as frivolous. The motion to proceed *in forma pauperis* is DENIED as moot.

The court certifies that any appeal of this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

**SO ORDERED.**

/s/ Richard G. Stearns
______________________________
UNITED STATES DISTRICT JUDGE