**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**
**(John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210 )**

| | | |
|---|---|---|
| **Presidential Candidate # P60005535, et al** | ) | |
| Appellant (Pro Se) | ) | |
| | ) | **C. A. No.: 1:25-cv-13828** |
| v. | ) | |
| | ) | |
| **Kim Kardashian, et al** | ) | |
| | ) | |
| Appellees, | ) | |
| | ) | |
| | ) | |

FILED IN CLERKS OFFICE NOV 12 P 12: 2 U.S. DISTRICT COURT DISTRICT OF MASS.

**************************************************************

**MOTION TO REINSTATE THE CASE PURSUANT TO RULE 60 OF FEDERAL RULES OF CIVIL PROCEDURE AND VACATE THE DISMISSAL ORDER PURSUANT TO RULE 59 OF FEDERAL RULES OF CIVIL PROCEDURE (FRCP)**

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this motion to reinstate the present case at bar against the United States Attorney Kelly Hayes of Maryland for negligence given new events which have occurred on the evening of October 22nd, 2026. In bringing forth this notice of appeal, the plaintiff states, avers, and alleges the following

1.) On October 22nd, 2026, Daryl Christiper Brooks of 5108 Cornelias Prospect Drive violated a temporary protective order issued by Judge Wenessa Bell Snoddy in **Case # D-05-FM-26-000198** at 4990 Rhode Island Avenue.
2.) Although the temporary protective order was not renewed, there was a separate criminal case for assault against Daryl Christopher Brooks brought by attorney Colin Carmello with the state attorney office of Tara Jackson at 14735 Main Street in Upper Marlboro, Maryland.

3.) The separate criminal case for assault against Daryl Christopher Brooks had the **Case # D-05-CR-26-004754**.

4.) However, the events of October 22nd, 2026 have now invoked hate crime elements which would invoke **18 USC Section 249** as Matthew Shepherd and Hate Crimes Prevention Act with the language of actual and perceived because Daryl Christopher Brooks attacked the appellant Ronald Satish Emrit and approached the appellant with a knife making false claims about the appellant's sexuality in which the appellant is a straight, heterosexual man who has been perceived to be gay or homosexual by Daryl Chsirtsopher Brooks while he attacked the appellant.

5.) Nevertheless, the appellant does not consent to anybody on network or Cable TV gaining access to his privileged and confidential emails including but biot limited to Target (department store) advertisers on NBC, Charles Schwab, CBS, NBC, or FOX as this would be a violation of the Wiretap Act as in 18 USC Section 2511 and the Computer Fraud and Abuse Act of **18 USC Section 1030.**

6.) The temporary restraining order also applies to his girlfriend Cee Cee who invites herself over to 5108 Cornelias Prospect Drive and aids and abets Daryl Christopher Brooks to perhaps engage in a hate crime against the appellant similar to Benjamin and Erika Sifrit as Cee Cee is guilty of conspiracy and aiding and abetting of **18 USC Section 249** is she encourages Daryl Christopher Brooks to act on his insane delusions in which Daryl Chrstopher Brooks is criminally insane, a sociopath, and pathological liar.

7.) Pursuant to the Full Faith and Credit Clause and anti-commandeering doctrine of the Tenth Amendment to the U.S. Constitution, FBI agents and USA attorney Kelly Hayes must give the full faith and credit to the local temporary protective order granted by Judge Wenessa Bell Snoddy despite the doctrines of the Supremacy Clause, and qualified immunity or sovereign immunity from the Eleventh Amendment or else they could perhaps be guilty of obstruction of justice as federal crime of commandeering local court order and/or deprivation of rights under color of law pursuant to **18 USC Section 424**.

WHEREFORE, the plaintiff/appellant is filing this motion to reinstate the present case at bar given the events of October 22nd, 2026 when Daryl Christopher Brooks approached the appellant with a knife and attacked him while perceiving him to be gay or homosexual.. The appellant's niece Michelle Brooks was an eyewitness to the events which occurred on October 22nd and Patricia BRansford of New York is

also a corroborating witness who is aware of the events and she can be reached at (917)209-5675.

Respectfully submitted,

Ronald Satish Emrit
5108 Cornelias Prospect Drive
Bowie, Maryland 20718
(703)936-3043
einsteinrockstar@hotmail.com
einsteinrockstar2@outlook.com